IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              NO. 4:05CR00214-01 JLH

JASON GRIMES                                                                 DEFENDANT

**ORDER**

Pending before the Court is the government's Motion for Revocation of Supervised Release. Document #48. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled to begin on ***TUESDAY, JULY 17, 2012, at 9:15 a.m.***, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant ***JASON GRIMES*** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Justin T. Eisele is provisionally appointed to represent defendant during revocation proceedings. The defendant is directed to complete a CJA 23 Financial Affidavit and bring it to the hearing.

IT IS SO ORDERED this 27th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE