IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:05CR00214-01 JLH | |
| JASON GRIMES | | DEFENDANT |

**ORDER**

Pending before the Court is the government's Supplemental Motion to Revoke Supervised Release. Document #57. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion and supplemental motions to revoke is scheduled to begin on **THURSDAY, FEBRUARY 7, 2013, at 9:30 a.m.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant ***JASON GRIMES*** and deliver to the United States Marshal for service. The supplemental motion to revoke must be attached and served upon the defendant.

Assistant Federal Public Defender Justin T. Eisele was relieved as counsel of record following the July 17, 2012, hearing. **The defendant is reminded that he is obligated to engage the services of a lawyer to appear at the hearing with him.**

IT IS SO ORDERED this 18th day of January, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE