# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                          No. 4:05CR00214-01 JLH

JASON GRIMES                                                                 DEFENDANT

## ORDER

Pending before the Court is the defendant's unopposed motion for continuance of the supervised release revocation hearing currently set for Thursday, February 21, 2013. The motion is GRANTED. Document #67. The hearing on the pending superseding motion to revoke supervised release of defendant Jason Grimes is hereby rescheduled for ***MONDAY, FEBRUARY 25, 2013, at 2:00 P.M.,*** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #61.

IT IS SO ORDERED this 20th day of February, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE